Case 1:26-mj-00009-ZMF   Document 1-1

Case: 1:26-mj-00009
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 1/20/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF OFFENSE

On the afternoon of January 19, 2026, Metropolitan Police Department ("MPD") officers along with agents from the Federal Bureau of Investigation, Homeland Security Investigations and Diplomatic Security Service were actively patrolling around the 1400 block of H Street, NE, in Washington, D.C. MPD Officers Kyle Carroll and Stephen Washington were in full uniform and driving Cruiser 172, a marked MPD cruiser. At approximately 2:50 p.m., Officers Carroll and Washington saw a gray Ford pickup truck, with Virginia Tags TGR-6936. The truck was equipped with a license plate cover in violation of D.C. Code § 50–1501.04(c). The officers ran the vehicle's tag number through the Washington Area Law Enforcement System ("WALES") and National Crime Information Center ("NCIC") databased and learned that the vehicle had two registered owners, including Larry Leach (the "defendant"). The WALES/NCIC search also revealed that the defendant had a revoked D.C. driver's license.

The officers conducted a traffic stop and pulled the vehicle over at 1427 H Street. Officer Carroll approached the vehicle's driver's side door and encountered the defendant, who was the vehicle's sole occupant. The defendant presented Officer Carroll with his D.C. driver's license and confirmed that he was Larry Leach. The officers returned to Cruiser 172 with the license, ran his information through WALES/NCIC, and established that the license was revoked. Officers then returned to the defendant's vehicle, had him exit the vehicle onto the sidewalk, and informed the defendant that he was driving with a revoked license. Officer Washington prepared to conduct an inventory search of the vehicle, while Officer Carroll again confirmed that the defendant's license was revoked through dispatch. Officer Carroll then called to have the defendant's truck towed.

Officers arrested the defendant for Operating After Revocation and conducted an inventory search of the defendant's truck, which was going to be towed for safekeeping. During the search,

officers found a vial of amber colored liquid with a distinct chemical smell in the driver's side door. Officers knew, through their training and experience, that the chemical smell was consistent with Phencyclidine ("PCP"). Officers continued to search the vehicle and recovered 14 vials of suspected PCP, totaling approximately 10 and ¾ ounces of liquid. Further, officers recovered a vial which included a white substance that field tested positive for cocaine.

Additionally, officers recovered a handgun from under the driver's seat. The firearm was a 0.357 caliber Dan Wesson Arms revolver. The firearm was fully loaded with six (6) rounds of ammunition. The firearm appeared to be fully functional, designed to expel a projectile by means of an explosion, had a barrel length of less than 12 inches, and was capable of being fired with a single hand. Officer Carroll conducted a check of the D.C. gun registry via the Real Time Crime Center and confirmed that the defendant did not possess a concealed carry license in D.C. and that the firearm was not registered. Further, the defendant had multiple convictions of a crime punishable by imprisonment for a term exceeding one year, including two convictions in D.C. Superior Court, 2010 CF2 008291 and 2008 CF2 004533.

Accordingly, your affiant submits that probable cause exists to charge Larry Leach with violating 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

OFFICER KYLE CARROLL
METROPOLITAN POLICE DEPARTMENT

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 20th day of January 2026.

HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE